UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 SEP 20 PM 12: 53
BY _____
   DEPUTY CLERK

_Joan Patricia Plante,_
_____Pro Se_____
Plaintiff(s)

vs.                                Civil Action No: 2:24-cv-1018

_Eric Breiland,_
_____
Defendant(s)

## NOTICE OF PRO SE APPEARANCE

I, _Joan Patricia Plante_, a Plaintiff/~~Defendant~~ in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below. Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is:
2800 Shelburne Road, #58
Shelburne) VT 05403
Town/City      State   Zip Code
(641) 420-3863
Telephone Number (daytime)

_Preferred Mailing Address:_
My Mailing Address (if different from street address) is:
Post Office Box 62
Burlington, VT 05402
Town/City      State   Zip Code
(641) 420-3863
Telephone Number (evening)

September 20, 2024
Date

Joan Patricia Plante, Pro Se
Signature
Plaintiff

(Rev. 3/12)